**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1346**

---

ISAIAH HARLEY,

Plaintiff - Appellant,

versus

VICTORIA A. LAMBERT; LUCENT TECHNOLOGIES,
INCORPORATED,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
99-2862-CCB)

---

Submitted: May 31, 2001                Decided: June 8, 2001

---

Before WILKINS, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Isaiah Harley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Isaiah Harley seeks to appeal an order of the district court purportedly entered on March 2, 2001.  The district court docket sheet reflects that there was no order entered by the court on or around that date.  To the extent Harley seeks to appeal the district court's order filed on September 28, 1999, and entered on the district court's docket on September 29, 1999, dismissing his civil complaint as frivolous, Harley already has appealed that order, and we affirmed the district court's dismissal.  Harley v. Lambert, No. 99-2403 (4th Cir. Dec. 21, 1999) (unpublished).  We therefore dismiss this appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2